1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10     CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14

15  KENJI HOWARD,                    ) CV 13-4929-JAK  (SH)
                                     )
16                                   ) ORDER ACCEPTING REPORT AND
                   Plaintiff,        ) RECOMMENDATION OF UNITED
17                                   ) STATES MAGISTRATE JUDGE; and
          v.                         ) ORDER
18                                   )
    CORRECTIONAL OFFICER RUSH,       )
19   et al.,                         )
                                     )
20                 Defendants.       )
    _____ )
21
22       Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the
23  Complaint and other papers along with the attached Report and Recommendation
24  of the United States Magistrate Judge, and has made a de novo determination of the
    Report and Recommendation.
25       IT IS HEREBY ORDERED that:
26       1.    The Report and Recommendation is approved and accepted.
27       2.    Plaintiff's Complaint is dismissed with leave to amend, except as
28

                                        1

1   provided in paragraph 3 of this Order.

2   3.   Plaintiff's official capacity claims against defendants Johnson and

3   Thomas, Jr., and his Eighth and Fourteenth Amendment claims, are

4   dismissed without leave to amend.

5   If Plaintiff wishes to pursue this action in this court, he must file a first

6   amended complaint within forty-five days of the date this Order Accepting the

7   Report and Recommendation is filed.  The amended complaint, bearing the number

8   CV 13-4929-JAK (SH), must be a complete and independent document and must

9   not refer to prior pleadings.  Plaintiff is cautioned that failure to file a first amended

10  complaint within the time specified by this Order may result in dismissal of the

11  action with prejudice on the grounds stated in the Report and Recommendation of

12  the United States Magistrate Judge and/or for failure to prosecute.

13  In preparing a first amended complaint, Plaintiff must bear in mind the

14  deficiencies of the current pleading, and must assure that they are not repeated.

15  Plaintiff must take particular note of the following guidelines:

16  1.   Plaintiff must set forth the jurisdictional grounds for his claims at the

17  outset of the complaint.

18  2.   The complaint must include only factual allegations directly relevant

19  to Plaintiff's claims, which must be stated in separate, numbered

20  paragraphs (preferably in chronological order), each limited to a single

21  set of circumstances.  The facts should be stated in simple, complete

22  sentences.  Repetition is to be avoided.

23  3.   The complaint must clearly identify the specific acts on which each

24  claim is based.  Insofar as possible, the allegations should include the

25  date, time, place and circumstances of the offending conduct by each

26  defendant, a clear statement of what each defendant did or failed to do,

27  and the damage of injury suffered by Plaintiff as a result of each

28  defendant's conduct.

2

4.  If civil rights violations are claimed, the complaint must specifically set forth the federal constitutional right or rights infringed with respect to each alleged wrongful act or omission.

5.  Plaintiff may not add new claims or defendants without leave of court.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and counsel for Defendants.

DATED: March 24, 2014

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE